IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PATRICK ROMES/IBRAHIM HAKIM X                                           PLAINTIFF
ADC #114867

v.                    CASE NO. 5:19-CV-00283 BSM

WILLIAM STRAUGHN, et al.                                                DEFENDANTS

## ORDER

After *de novo* review of the record, United States Magistrate Judge Joe J. Volpe's partial recommended disposition [Doc. No. 5] is adopted. Plaintiff Hakim X's official capacity claims are dismissed with prejudice, and his access to the courts claim and claims against defendant Marshall Reed are dismissed without prejudice. An *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 6th day of November 2019.

_____
UNITED STATES DISTRICT JUDGE