# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**PATRICK ROMES/IBRAHIM HAKIM X**                                                   **PLAINTIFF**
**ADC #114867**

v.                      **CASE NO. 5:19-CV-00283 BSM**

**WILLIAM STRAUGHN, et al.**                                                          **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Joe J. Volpe's partial recommended dispositions [Doc. Nos. 35, 52] are adopted. Defendant Rose Newby's motion for summary judgment [Doc. No. 30] is granted, and the claims against Newby are dismissed without prejudice. Defendants' motion for summary judgment [Doc. No. 37] is granted in part. The claims against defendants Straughn, Starks, and Haynes are dismissed without prejudice. The motion is denied as to the excessive force claims against defendants Coleman, Spratt, and West. An *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 22nd day of January 2020.

_____
UNITED STATES DISTRICT JUDGE