IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**PATRICK ROMES/IBRAHIM HAKIM X**                                                **PLAINTIFF**
ADC #114867

v.                              CASE NO. 5:19-CV-00283-BSM

**WILLIAM STRAUGHN,** *et al.*                                                    **DEFENDANTS**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 129] is adopted. Defendants' motion for summary judgment [Doc. No. 124] is granted. The claims against Defendants Kenyetta L. Spratt, Jasmine West, Lakesha Suber, Jacqualine Gardner, and Latashia Taylor are dismissed. Accordingly, this case is dismissed with prejudice. An *in forma pauperis* appeal from this order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 26th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE