IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**PATRICK ROMES/IBRAHIM HAKIM X**                                          **PLAINTIFF**
ADC #114867

v.                              CASE NO. 5:19-CV-00283-BSM

**WILLIAM STRAUGHN,** *et al.*                                                  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 26th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE